UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DEBBIE H HANKS | CIVIL ACTION NO. 6:18-CV-00906 |
| VERSUS | JUDGE JUNEAU |
| STUDENT TRANSPORTATION SPECIALIST LLC | MAGISTRATE JUDGE HANNA |

## MINUTE ENTRY

It is hereby **ORDERED** that the parties participate in either (a) mediation with a private third-party mediator or (b) a settlement conference with the magistrate judge no later than December 4, 2019.

It is **FURTHER ORDERED** that each party file an affirmation with the clerk of court no later than December 5, 2019 attesting that they have participated in such alternative dispute resolution and setting forth the date such alternative dispute resolution occurred. The affirmation should not disclose any monetary amounts discussed.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 18th day of October, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE