UNITED STATES DISTRICT COURT
WESTERN DISTRICT

| | |
|---|---|
| DEBBIE HANKS<br>Plaintiff | CIVIL ACTION NO: 6:18-cv-00906 |
| Versus | JUDGE JUNEAU |
| STUDENT TRANSPORTATION SPECIALISTS LLC<br>Defendant | MAGISTRATE JUDGE: HANNA |

# ORDER

Considering the foregoing Motion to Continue Trial by Defendant, Student Transportation Specialists, LLC:

IT IS HEREBY ORDERED that a Motion to Continue Trial is granted and is reset for the

_____ day of _____, 201__ at _____ a.m.

THUS DONE AND SIGNED this  24th  day of   October  , 2019, Lafayette, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE

**DENIED**